# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| ALFRED G. GAGE, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GOLDEN CORRAL CORPORATION, )<br>        Defendant. ) | **JUDGMENT**<br>No. 5:13-CV-132-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion for Summary Judgment is ALLOWED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on April 10, 2014, and Copies To:**

Alfred G. Gage (9009 Aspen Glen Ct., Fuquay-Varina, NC 27526)
David Lester Woodard (via CM/ECF Notice of Electronic Filing)
Kevin Michael Ceglowski (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>April 10, 2014 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |